# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WE THE PEOPLE GRAND MOTHER BARBARA BRYANT: EL RELATOR BENEFICIARY OF BARBARA BRYANT FOREIGN TRUST EX REL POSSESSIONARY [SIC] BELONGING BARBARA BRYANT ESTATE INPROPRIA [SIC] PERSONA (NOT PRO SE) AGGRIEVED SUI JURIS | : No. 115 EM 2017<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| v. | :<br>:<br>: |
| CITY OF PHILADELPHIA | :<br>:<br>: |
| PETITION OF: BARBARA BRYANT | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Action in Common Law-Peremptory Mandamus is DENIED.